**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6872**

MICHAEL SHORT,

Petitioner - Appellant,

v.

PAUL SCHULTZ, Warden; FCI FAIRTON; BUREAU OF PRISONS,

Respondents - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Michael F. Urbanski, Magistrate Judge. (7:08-cv-00057-jpj-mfu)

Submitted:  October 27, 2008         Decided:  November 5, 2008

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Short, Appellant Pro Se. Thomas L. Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Short, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Short v. Schultz, No. 7:08-cv-00057-jpj-mfu (W.D. Va. May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED